KARTCHNER, CHAPTER 7 TRUSTEE,
   Plaintiff

Adv. Proc. No. 21-00219-BMW

UNITED STATES DEPARTMENT OF EDUCATION,
   Defendant

# CERTIFICATE OF NOTICE

District/off: 0970-4     User: admin     Page 1 of 2
Date Rcvd: Feb 15, 2022     Form ID: pdf08a     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion14.px.ecf@usdoj.gov | Feb 15 2022 22:35:00 | U.S. TRUSTEE, OFFICE OF THE U.S. TRUSTEE, 230 NORTH FIRST AVENUE, SUITE 204, PHOENIX, AZ 85003-1725 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| pla | | STANLEY J. KARTCHNER, CHAPTER 7 TRUSTEE |
| dft | | UNITED STATES DEPARTMENT OF EDUCATION |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 17, 2022     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2022 at the address(es) listed below:

**Name**     **Email Address**

ADAM B. NACH
    on behalf of Plaintiff STANLEY J. KARTCHNER CHAPTER 7 TRUSTEE adam.nach@lane-nach.com, danica.kolb@lane-nach.com,deborah.mckernan@lane-nach.com,sheila.rochin@lane-nach.com

Denise Ann Faulk
    on behalf of Defendant UNITED STATES DEPARTMENT OF EDUCATION denise.faulk@usdoj.gov pamela.vavra@usdoj.gov

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Case No.: 4:20-bk-12891-BMW |
| ART CENTER, INC.<br>  dba Southwest University of Visual Arts | Chapter 7 |
| *Debtor(s)* | |

| | |
|---|---|
| STANLEY J. KARTCHNER,<br>CHAPTER 7 TRUSTEE | Adversary No.: 4:21-ap-00219-BMW |
| *Plaintiff(s)* | |
| v. | |
| UNITED STATES DEPARTMENT OF<br>EDUCATION | |
| *Defendant(s)* | |

## NOTICE OF RESCHEDULED VIDEOCONFERENCE HEARING

NOTICE IS HEREBY GIVEN that the hearing scheduled for 03/07/2022 at 1:45 p.m. has been vacated on the Court's own motion.

This matter has been RESCHEDULED for a videoconference hearing on **Wednesday March 9, 2022** at **10:00 a.m.** The **Honorable Brenda Moody Whinery** will consider and/or act upon the following matter(s) at the hearing:

RULE 7016 SCHEDULING CONFERENCE.

Videoconference Hearing Guidelines, which have been implemented by the Court and will be applicable to this videoconference hearing, are located on the Court's website at the following link: http://azb.uscourts.gov/sites/default/files/videoconferenceguidelines.pdf.

Interested parties may appear at this videoconference hearing using one of the following options:

1. Open an internet browser window (Chrome is recommended) and navigate to **https://www.zoomgov.com**.
    a. Click on "Join a Meeting" and enter the **Hearing ID: 160 119 9807**.
    b. Follow on-screen instructions, including entering your full name (First and Last Name), and entering the **Passcode: 563271**.

2. Click on the Videoconference Hearing link:
    **https://www.zoomgov.com/j/1601199807?pwd=TzBwOWxoejQzWEJMOUpxQjVQbVhFdz09**.
    a. Follow the on-screen instructions and ensure that your full name (First and Last Name) is displayed for the record.

Please confirm an appearance by sending an email to Courtroom Deputy Rebecca Volz, at Rebecca_Volz@azb.uscourts.gov, at least three (3) business days prior to the hearing. The email is to include the full name of the person appearing and that person's relationship to the case, the case name, and the case number.

Date: February 15, 2022

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court, Arizona<br>38 S. Scott Avenue<br>Tucson, AZ 85701-1704<br>Telephone number: (520) 202-7500<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>George Prentice |