**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **, State of Arizona; Mark Brnovich , Attorney General of Arizona**

**Defendant**(s): **Joseph R. Biden Jr., President of the United States of America; Miguel Cardona , Secretary of the United States Department of Education; , United States Department of Education**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

County of Residence: Outside the State of Arizona

Plaintiff's Atty(s):

**Brunn W. Roysden III (** , State of Arizona; Mark Brnovich , Attorney General of Arizona**)**
**Office of the Arizona Attorney General**
**2005 N. Central Ave**
**Phoenix, Arizona 85004-1592**
**6025425025**

Defendant's Atty(s):

---

II. Basis of Jurisdiction: **2. U.S. Government Defendant**

III. Citizenship of Principal Parties
**(Diversity Cases Only)**
Plaintiff:- **N/A**
Defendant:- **N/A**

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **899 Administrative Procedure Act/Review or Appeal of Agency Decision**

VI.Cause of Action: **5 U.S.C. §§ 702-703**

VII. Requested in Complaint
Class Action: **No**
Dollar Demand:
Jury Demand: **No**

VIII. This case **is not related** to another case.

---

**Signature: Brunn W. Roysden III**

**Date: 9/29/22**



**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**