**MARK BRNOVICH**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Joseph A. Kanefield (No. 15838)
Drew C. Ensign (No. 25463)
Robert J. Makar (No. 33579)
2005 N. Central Ave
Phoenix, AZ 85004-1592
Phone: (602) 542-5025
Joe.Kanefield@azag.gov
Drew.Ensign@azag.gov
Robert.Makar@azag.gov

*Attorneys for Plaintiffs State of Arizona and Mark Brnovich in his official capacity as the Arizona Attorney General*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona and Mark Brnovich, in his official capacity as Arizona Attorney General,<br><br>Plaintiffs,<br>v.<br><br>Joseph R. Biden, Jr., in his official capacity as the President of the United States of America;<br><br>Miguel Cardona, in his official capacity as Secretary of Education; United States Department of Education; and<br><br>United States Department of Education;<br><br>Defendants. | No. 2:22-cv-01661-SPL<br><br>**AFFIDAVIT OF SERVICE BY CERTIFIED MAIL** |

I, Sarah Mancuso, am familiar with the facts stated in this Affidavit to show that on September 30, 2022, and October 6, 2022, I served the following court papers on the parties listed below by certified mail, postage prepaid, return receipt requested:

September 30, 2022:

- [001] Complaint
- [001-1] Civil Cover Sheet
- [004] Summons Issued – United States Department of Education
- [004-1] Summons Issued – Miguel Cardona
- [004-2] Summons Issued – President Joseph R. Biden
- [004-3] Summons Issued - U.S. Department of Labor
- [004-4] Summons Issued - President Joseph Biden

October 6, 2022:

- [006] Preliminary Order

Persons and Addresses Served:

U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202
Tracking:
9/30/2022: 9489 0090 0027 6427 4353 91
10/6/2022: 9489 0090 0027 6427 4354 45

Miguel Cardona
U.S. Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202
Tracking:
9/30/2022: 9489 0090 0027 6427 4354 14
10/6/2022: 9489 0090 0027 6427 4354 76

President Joseph R. Biden
1600 Pennsylvania Avenue NW
Washington, DC 20500
Tracking:
9/30/2022: 9489 0090 0027 6427 4354 07
10/6/2022: 9489 0090 0027 6427 4354 52

Attn: Civil Process Clerk
U.S. Attorney General
601 D Street NW
Washington DC 20530
Tracking:
9/30/2022: 9489 0090 0027 6427 4354 38
10/6/2022: 9489 0090 0027 6427 4354 83

US Attorney for the District of Arizona
c/o Civil Process Clerk
Two Renaissance Square, 40 N. Central Ave, Suite 1800
Phoenix, AZ 85004-4449
Tracking:
9/30/2022: 9489 0090 0027 6427 4354 21
10/6/2022: 9489 0090 0027 6427 4354 69

These court papers were received by each of the parties listed above as shown by the Proof of Service for each Defendant and attached hereto as Exhibit A.

**SENDER SIGNATURE AND DATE**

By: _____
Sarah Mancuso

Date: 10-19-22

STATE OF ARIZONA      )
                      ) ss
COUNTY OF MARICOPA    )

Subscribed or sworn to or affirmed before me this 19 day of October, 2022 by Sarah Mancuso

_____
Notary Public

(notary seal)

RACHELLE LUMPP
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 588953
Expires August 29, 2024

2