# EXHIBIT A



October 6, 2022

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number: **9489 0090 0027 6427 4353 91**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | October 4, 2022, 7:50 am |
| **Location:** | WASHINGTON, DC 20202 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

### Shipment Details

| | |
|---|---|
| **Weight:** | 12lb, 12.2oz |

### Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: *[signature]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



October 17, 2022

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number: **9489 0090 0027 6427 4354 45**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | October 11, 2022, 11:13 am |
| Location: | WASHINGTON, DC 20202 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 3lb, 7.9oz |

**Recipient Signature**

Signature of Recipient: *L. Hall*

Address of Recipient: *Dept of Ed 20202*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



October 6, 2022

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number: **9489 0090 0027 6427 4354 14**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | October 4, 2022, 7:50 am |
| **Location:** | WASHINGTON, DC 20202 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 12lb, 12.6oz |

## Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: *[handwritten]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



October 17, 2022

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number: **9489 0090 0027 6427 4354 76**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | October 11, 2022, 11:13 am |
| Location: | WASHINGTON, DC 20202 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
|  | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 3lb, 4.8oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | L. Holl |
| Address of Recipient: | Dept of Ed 20202 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



English | Locations | Support | Informed Delivery | Register / Sign In

Quick Tools | Send | Receive | Shop | Business | International | Help

## USPS Tracking®

Tracking / FAQs >

**Track Packages Anytime, Anywhere** Get the free Informed Delivery® feature to receive automated notifications on your packages — Learn More

Remove ✕

**Tracking Number:**
9489009000276427435407

Copy | Schedule a Redelivery

**Latest Update**
Your item arrived at the WASHINGTON, DC 20500 post office at 10:49 am on October 4, 2022 and is ready for pickup.

Delivered

**Available for Pickup**
Available for Pickup
WASHINGTON, DC 20500
October 4, 2022, 10:49 am

**Arrived at Post Office**
WASHINGTON, DC 20018
October 4, 2022, 10:31 am

See All Tracking History

Text & Email Updates ⌄

Schedule Redelivery ⌄

Return Receipt Electronic ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ∧

Track Another Package

[Enter tracking or barcode numbers]

Feedback

### Need More Help?
Contact USPS Tracking support for further assistance.

FAQs

**HELPFUL LINKS**
Contact Us
Site Index
FAQs
Feedback

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act/EEO Contacts

Copyright © 2022 USPS. All Rights Reserved.



USPS.COM

English | Locations | Support | Informed Delivery | Register / Sign In

Quick Tools | Send | Receive | Shop | Business | International | Help

# USPS Tracking®

Tracking / FAQs >

**Track Packages Anytime, Anywhere** — Get the free Informed Delivery® feature to receive automated notifications on your packages. [Learn More]

**Tracking Number:**

**9489090002764274354 52**

Copy | Schedule a Redelivery

**Latest Update**

This is a reminder to arrange for redelivery of your item before October 25, 2022 or your item will be returned on October 26, 2022. You may arrange redelivery by using the Schedule a Redelivery feature on this page or may pick up the item at the Post Office indicated on the notice.

**Delivery Attempt: Action Needed**
**Reminder to Schedule Redelivery of your item before October 25, 2022**
October 16, 2022

**Available for Pickup**
WASHINGTON, DC 20500
October 11, 2022, 10:44 am

See All Tracking History

Text & Email Updates ∨
Schedule Redelivery ∨
Return Receipt Electronic ∨
USPS Tracking Plus® ∨
Product Information ∨

See Less ∧

**Track Another Package**

[ Enter tracking or barcode numbers ]

## Need More Help?
Contact USPS Tracking support for further assistance.

[ FAQs ]

---

USPS.COM

**HELPFUL LINKS**
Contact Us
Site Index
FAQs
Feedback

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act/EEO Contacts

Copyright © 2022 USPS. All Rights Reserved.



October 6, 2022

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number: **9489 0090 0027 6427 4354 38**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | October 5, 2022, 4:55 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 12lb, 13.4oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | X [signature] Printed Name: EDDIE L. HENDERSON |
| Address of Recipient: | Delivery Address: JUSTICE 20530 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



October 17, 2022

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number: **9489 0090 0027 6427 4354 83**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | October 12, 2022, 4:50 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 3lb, 7.8oz |

### Recipient Signature

Signature of Recipient: *[handwritten signature: Eddie L Anderson]*
Printed Name: EDDIE L. ANDERSON

Address of Recipient: *[handwritten: Justice 20530]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



October 6, 2022

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number: **9489 0090 0027 6427 4354 21**.

| Item Details | |
|---|---|
| Status: | Delivered to Agent for Final Delivery |
| Status Date / Time: | October 3, 2022, 5:36 pm |
| Location: | PHOENIX, AZ 85004 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Shipment Details | |
| Weight: | 12lb, 13.4oz |
| Recipient Signature | |
| Signature of Recipient: (Authorized Agent) | *[signature image]* |
| Address of Recipient: | *[address image: 40 N CENTRAL STE]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



October 17, 2022

Dear Sarah Mancuso:

The following is in response to your request for proof of delivery on your item with the tracking number: **9489 0090 0027 6427 4354 69**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | October 8, 2022, 3:02 pm |
| Location: | PHOENIX, AZ 85004 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 3lb, 6.1oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004