IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Joseph R Biden, Jr., et al.,<br><br>　　　　　　Defendants. | No. CV-22-01661-PHX-SPL<br><br>**ORDER** |

Before the Court is the Defendants' Consent Motion (Doc. 9), in which they move for an extension of the deadline for Defendants to file an answer. Having considered this first request,

**IT IS ORDERED** that the Consent Motion (Doc. 9) is **granted**. Defendants shall have until **January 9, 2023**, to file an answer to the Complaint and otherwise respond as provided by Rule 12 of the Federal Rules of Civil Procedure.

Dated this 29th day of November, 2022.

　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　United States District Judge