Kevin E. O'Malley (Bar No. 006420)
Hannah H. Porter (Bar No. 029842)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
Telephone:   (602) 530-8000
Facsimile:    (602) 530-8500
kevin.omalley@gknet.com
hannah.porter@gknet.com
Attorneys for Plaintiffs State of Arizona and Mark Brnovich

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| State of Arizona, et al., | No. CV-22-01661-PHX-SPL |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | (Assigned to the Honorable Steven P. Logan) |
| Joseph R Biden, Jr., et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that Kevin E. O'Malley and Hannah H. Porter of the law firm GALLAGHER & KENNEDY, P.A. enter their appearance as counsel of record in this case on behalf of Plaintiffs State of Arizona and Mark Brnovich and ask that all notices given or required to be given in this case, and all papers served or required to be served, be given and served to:

Kevin E. O'Malley
GALLAGHER & KENNEDY, P.A.
2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone: (602)530-8000
Email: kevin.omalley@gknet.com

Hannah H. Porter
GALLAGHER & KENNEDY, P.A.
2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone: (602)530-8000
Email: hannah.porter@gknet.com

DATED 30th day of December, 2022.

GALLAGHER & KENNEDY, P.A.

By:/s/*Hannah H. Porter*
    Kevin E. O'Malley
    Hannah H. Porter
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225

**CERTIFICATE OF SERVICE**

I certify that on this 30th day of December 2022, a PDF copy of the foregoing was electronically transmitted to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/D. Ochoa

2