**MARK BRNOVICH**
**ATTORNEY GENERAL**
(Firm State Bar No. 14000)

Joseph A. Kanefield (No. 15838)
Drew C. Ensign (No. 25463)
Robert Makar (No. 33579)
2005 N. Central Ave
Phoenix, AZ 85004-1592
Phone: (602) 542-5025
Joe.Kanefield@azag.gov
Drew.Ensign@azag.gov
Robert.Makar@azag.gov

*Attorneys for Plaintiffs State of Arizona and Mark Brnovich in his official capacity as the Arizona Attorney General*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona and Mark Brnovich, in his official capacity as Arizona Attorney General,<br><br>Plaintiffs,<br><br>v.<br><br>Joseph R. Biden, Jr., in his official capacity as the President of the United States of America;<br><br>Miguel Cardona, in his official capacity as Secretary of Education; United States Department of Education; and<br><br>United States Department of Education;<br><br>Defendants. | No. 2:22-cv-01661-SPL<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

NOTICE IS HEREBY GIVEN that Kevin E. O'Malley and Hannah H. Porter of the law firm GALLAGHER & KENNEDY, P.A. are substituting as counsel for Plaintiffs Arizona Attorney General Mark Brnovich and the State of Arizona in place of Joseph A. Kanefield, Drew C. Ensign, Brunn ("Beau") W. Roysden III, and Jillian Francis in this matter, who have all departed or are soon departing the Office of the Attorney General.

The Clerk of the Court is requested to terminate Joseph A. Kanefield, Drew C. Ensign, Brunn ("Beau") W. Roysden III, and Jillian Francis as counsel for Arizona Attorney General Mark Brnovich.

RESPECFULLY SUBMITTED this 30th day of December, 2022.

**MARK BRNOVICH**
**ATTORNEY GENERAL**

By */s/ Drew C. Ensign*
    Joseph A. Kanefield (No. 15838)
    Drew C. Ensign (No. 25463)
    Robert Makar (No. 33579)
    2005 N. Central Ave
    Phoenix, AZ 85004-1592
    Phone: (602) 542-5025
    Joe.Kanefield@azag.gov
    Drew.Ensign@azag.gov
    Robert.Makar@azag.gov

*Attorneys for Plaintiffs State of Arizona and Mark Brnovich in his official capacity as the Arizona Attorney General*

1

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of December, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona using the CM/ECF filing system. Counsel for all Defendants who have appeared are registered CM/ECF users and will be served by the CM/ECF system pursuant to the notice of electronic filing.

      /s/  Drew C. Ensign
*Attorney for Plaintiffs State of Arizona and Mark Brnovich in his official capacity as the Arizona Attorney General*