Kevin E. O'Malley (Bar No. 006420)
Hannah H. Porter (Bar No. 029842)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:    (602) 530-8500
kevin.omalley@gknet.com
hannah.porter@gknet.com
Attorneys for Plaintiffs State of Arizona and
Kristin Mayes

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. 22:CV-01661-PHX-SPL |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | (Assigned to the Honorable Steven P. Logan) |
| Joseph R. Biden, Jr., et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs State of Arizona and Kristin K Mayes in her official capacity as Attorney General of Arizona[1] hereby voluntary dismiss without prejudice this action against Defendants Joseph R. Biden, in his official capacity as the President of the United States, Miguel Cardona, in his official capacity as Secretary of Education, and the United States Department of Education.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Kristin K. Mayes is automatically substituted in as Plaintiff in place of former Attorney General Mark Brnovich.

RESPECTFULLY SUBMITTED this 20th day of January, 2023.

                    GALLAGHER & KENNEDY, P.A.

By: */s/Hannah H. Porter*
    Kevin E. O'Malley
    Hannah H. Porter
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225

**CERTIFICATE OF SERVICE**

    I certify that on this 20th day of January 2023, a PDF copy of the foregoing was electronically transmitted to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

/s/D. Ochoa

9423739v1/568-0209