IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al.,<br><br>  Plaintiffs,<br>vs.<br><br>Joseph R Biden, Jr., et al.,<br><br>  Defendants. | No. CV-22-01661-PHX-SPL<br><br>**ORDER** |

Having reviewed the Notice of Voluntary Dismissal (Doc. 15),

**IT IS ORDERED** that this matter is **dismissed** and the Clerk of Court shall **terminate** this action accordingly.

Dated this 23rd day of January, 2023.

Honorable Steven P. Logan
United States District Judge